Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.  Case No. A93-0027-01 CR (JWS)

Michael Craig Frizzell

On December 1, 1993, the offender was sentenced to 132 months imprisonment, four years supervised release, and restitution of $10,892 following his conviction for Armed Bank Robbery and Use of a Firearm During a Crime of Violence. On November 26, 2002, the offender was released from imprisonment and commenced supervision in the District of Nevada. On November 4, 2004, supervision was transferred to the District of New Mexico, where the offender lives in Albuquerque with his wife and two children. According to the District of New Mexico, the offender has maintained a stable residence and employment as a manager with Roof USA. He has complied with all reporting requirements and has remained drug free. He has worked diligently to pay the outstanding restitution and on March 23, 2006, he paid the remaining balance. Due to the offender's positive adjustment on supervision it is recommended that the Court order early termination of the offender's supervision term. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation/Pretrial Services Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 22nd day of June, 2006.

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge